

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007



At a stated term of the United States Court of Appeals for the Second Circuit, held at the
Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York,
on the 8TH day of April, two thousand Eight,

---

**Docket No.: 07-2597-mv**
Barnett v. USA

---

**THE COURT NOTING** that having entered an order in **07-2597-mv**, Barnett v. USA,
that Bernard Barnett shall be required to petition the Court for leave to appeal prior to filing any
future appeals, and

**THE COURT FURTHER NOTING** that having failed to receive any petition for leave
to appeal in this present appeal,

**IT IS HEREBY ORDERED** that the above captioned case is dismissed for failure to
comply with this Court's order.

Catherine O'Hagan Wolfe,
Clerk of the Court

by: _____

Roger L. Washington
Intake Case Manager

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

ISSUED AS A MANDATE: 4 · 08 · 08